HENRY B. KINGHORN, as Receiver, etc., appellant, *v.* EDWARD WRIGHT et al., Respondents.

(Submitted November 12, 1880; decided December 1, 1880.)

THIS was an action to set aside a deed, as made to hinder, delay and defraud creditors. The trial court found against the plaintiff on the question of fraud; it was claimed on this appeal that this finding was not justified by the evidence. The court say: "We have examined the evidence sufficiently to ascertain that the fraud was not proved conclusively or by uncontradicted evidence. Therefore no question of law is presented and the judgment must be affirmed."

*Horace E. Deming* for appellant.

*Jacob B. Miller* for respondents.

RAPALLO, J., reads for affirmance.
All concur.
Judgment affirmed.